UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COURTNEY R. LOGAN #179920, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:15-cv-00787 |
| | ) | Senior Judge Nixon |
| v. | ) | |
| | ) | |
| BILL HASLAM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

Petitioner Courtney Logan, proceeding *pro se*, is currently incarcerated at the Wilkinson County Correction Facility in Woodville, Mississippi. Presently pending before the court are Logan's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Docket No. 1) and motion for order to show cause (Docket No. 6). Also pending is motion to dismiss for failure to exhaust state remedies by the respondents. (Docket No. 15).

For the reasons explained more fully in the memorandum entered contemporaneously herewith, the respondents' motion to dismiss (Docket No. 15) is hereby **GRANTED**.

Accordingly, the petition is **DENIED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE** to refile once the petitioner has exhausted his state court remedies. The petitioner's motion for order to show cause (Docket No. 6) is **DENIED**.

It is so **ORDERED**.

_____
John T. Nixon
Senior United States District Judge